# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 23-19976-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

MAYRA HIDELFONSA URENA

DEBTOR_____/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$386.58**.

The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only. Payments must be sent to:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2099
MEMPHIS, TN  38101-2099

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **January 3, 2025** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 19th day of November 2024.

/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.: 23-19976-BKC-RAM

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MAYRA HIDELFONSA URENA
319 NW 32ND ST
MIAMI, FL  33127-3745

**ATTORNEY FOR DEBTOR**
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL  33013